SHOOK, HARDY & BACON L.L.P
Scott LaSalle (SBN: 188287)
5 Park Plaza, Suite 1600
Jamboree Center
Irvine, California 92614-2546
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
Email: rlasalle@shb.com

Attorneys for Defendants
Tyco Healthcare Group LP n/k/a Covidien and Covidien, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART GONZALES, ET AL., | Case No. 1:09-CV-01958-OWW-SMS |
| Plaintiffs, | Judge: Hon. Oliver W. Wanger<br>Courtroom: #3 (7th Floor) |
| v. | **ORDER ON JOINT STIPULATION RE TYCO HEALTHCARE GROUP AND COVIDIEN'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT FOR DAMAGES** |
| LUCILLE PACKARD CHILDREN'S HOSPITAL, ET AL., | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs and Defendants Tyco Healthcare Group LP n/k/a Covidien and Covidien jointly agree to stipulate to continue Tyco Healthcare and Covidien's time to file a responsive pleading in response to Plaintiffs' Complaint for Damages to December 15, 2009.

Dated: November 16, 2009        SHOOK, HARDY & BACON LLP

By: ___/s/ Scott LaSalle_____
    Scott LaSalle
Attorneys for Defendants Tyco Healthcare
Group LP n/k/a Covidien and Covidien, Inc.

Dated: November 16, 2009        ROBINSON, CALCAGNIE & ROBINSON

By: ___/s/ Karren Schaeffer_____
    Karren Schaeffer
Attorneys for Plaintiffs

### **ORDER**

Good cause appearing therefore, it is hereby ordered that Tyco Healthcare LP n/k/a Covidien and Covidien, Inc.'s responsive pleading in response to Plaintiffs' Complaint for Damages shall be due December 15, 2009.

Dated: November 16, 2009        By:     /s/ OLIVER W. WANGER
    United States District Judge

2

STIPULATION AND ORDER RE CONTINUANCE OF
TYCO HEALTHCARE AND COVIDIEN'S TIME TO FILE A RESPONSIVE PLEADING

61730v1

PDF created with pdfFactory trial version www.pdffactory.com