LAURIE E. SHERWOOD, State Bar No. 155312
ALEXANDER F. PEVZNER, State Bar No. 221606
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
MEDEFIL, INC.

**OF COUNSEL:**
BARRY R. MURNER, ESQ.
SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA
26600 Detroit Road
Cleveland, OH 44145-2397

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

ART GONZALES and MARY GONZALES, Individually and as Successors-in-Interest of the Estate of M.G.,

Plaintiffs,

v.

LUCILLE PACKARD CHILDREN'S HOSPITAL, STANFORD HOSPITAL AND CLINICS,

BAXTER HEALTHCARE CORP.
c/o Ct Corporation System
4169 Westport Road
Louisville, KY 40207

and

BAXTER INTERNATIONAL, INC.
One Baxter Parkway
Deerfield, IL 60015

and

SCIENTIFIC PROTEIN LABORATORIES, INC.
c/o CT Corporation System, Registered Agent
8040 Excelsior Dr., Suite 200
Madison, WI 53717

Case No. 1:09-CV-01958-OWW-SMS

**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT**

-1- Case No. 1:09-CV-01958-OWW-SMS

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW

770056.1

PDF created with pdfFactory trial version www.pdffactory.com

and

CHANGZHOU SPL COMPANY, LTD. aka KAIPU BIOCHEMICAL CO.
3 Changhong West Road
Wujing, Changzhou City
Jiangsu Province, China

and

AMERICAN CAPITAL LTD.
Two Bethesda Metro Center
14th Floor
Bethesda, MD 20814

and

B. BRAUN MEDICAL, INC.
c/o CSC-Lawyers Inc. Service Co.
421 W. Main St.
Frankfort, KY 40601

and

TYCO HEALTHCARE GROUP, LP N/K/A COVIDIEN AND COVIDIEN INC.
c/o CT Corporation System
4169 Westport Road
Louisville, KY 40207

and

MEDEFIL, INC.
250 Windy Point Dr.
Glendale Heights, IL 60139

DOES 1 through 100, inclusive,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiffs ART GONZALES and MARY GONZALES, Individually and as Successors-in-Interest of the Estate of M.G. ("Plaintiffs"), and Defendant MEDEFIL, INC., by and through their respective counsel, that Medefil, Inc. shall have

///

///

///

///

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW

PDF created with pdfFactory trial version www.pdffactory.com

and hereby is granted an extension of time through and including December 14, 2009, in which to file and serve a responsive pleading to Plaintiffs' Complaint.

Dated: November 13, 2009

ROBINSON, CALCAGNIE, ROBINSON

By: */s/ Karren T. Schaeffer*
KARREN T. SCHAEFFER
Attorneys for Plaintiffs
ART GONZALES and MARY GONZALES, Individually and as Successor-in-Interest of the Estate of M.G.

Dated: November 13, 2009

WALSWORTH FRANKLIN BEVINS & McCALL, LLP

By: */s/ Laurie E. Sherwood*
LAURIE E. SHERWOOD
Attorneys for Defendant
MEDEFIL, INC.

IT IS SO ORDERED.

Dated: November 16, 2009

/s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
Judge of the United States District Court

-3- Case No. 1:09-CV-01958-OWW-SMS

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW

770056.1

PDF created with pdfFactory trial version www.pdffactory.com