1 **DUMMIT, BUCHHOLZ & TRAPP**
2     Attorneys At Law
    1661 Garden Highway
3 Sacramento, California 95833-9706
    Telephone (916) 929-9600
4    Fax (916) 927-5368
5 Daniela P. Stoutenburg- State Bar No. 183785
Carolyn L. Katzorke - State Bar No. 237989
6 Attorneys for Defendants LUCILLE SALTER PACKARD
CHILDREN'S HOSPITAL, *erroneously sued as LUCILLE PACKARD*
7 *CHILDREN'S HOSPITAL,* and STANFORD HOSPITAL & CLINICS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART GONZALES, et al., ) | Case No.  1:09-CV-01958-OWW-SMS |
|         Plaintiffs, ) | Judge: Hon. Oliver W. Wanger |
|                       ) | Courtroom: #3 (7th Floor) |
| vs.                   ) | |
|                       ) | **ORDER ON JOINT STIPULATION RE** |
| LUCILLE PACKARD CHILDREN'S ) | **LUCILLE PACKARD CHILDREN'S** |
| HOSPITAL, et al.,     ) | **HOSPITAL AND STANFORD** |
|                       ) | **HOSPITAL AND CLINICS' TIME TO** |
|         Defendants.   ) | **FILE A RESPONSIVE PLEADING TO** |
|                       ) | **PLAINTIFFS' COMPLAINT FOR** |
|                       ) | **DAMAGES** |

///
///
///
///
///
///
///
///

ORDER ON JOINT STIPULATION RE LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL AND CLINICS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT FOR DAMAGES

Plaintiffs and Defendants LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS jointly agree to stipulate to continue LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS' time to file a responsive pleading in response to Plaintiffs' Complaint for Damages to December 3, 2009.

Dated:  November 16, 2009          DUMMIT, BUCHHOLZ & TRAPP

                                   By:   /s/ Carolyn Katzorke
                                         Carolyn Katzorke
                                         Attorneys for Defendants Lucille Packard
                                         Children's Hospital and Stanford Hospital & Clinics

Dated:  November 16, 2009          ROBINSON, CALCAGNIE & ROBINSON

                                   By:   /s/ Karren Schaeffer
                                         Karren Schaeffer
                                         Attorneys for Plaintiffs

## ORDER

Good cause appearing therefore, it is hereby ordered that LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS' responsive pleading in response to Plaintiffs' Complaint for Damages shall be due on December 3, 2009.

IT IS SO ORDERED.

**Dated:   November 18, 2009**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION RE LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL AND CLINICS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT FOR DAMAGES