**DUMMIT, BUCHHOLZ & TRAPP**
    Attorneys At Law
    1661 Garden Highway
Sacramento, California 95833-9706
    Telephone (916) 929-9600
    Fax (916) 927-5368
Daniela P. Stoutenburg- State Bar No. 183785
Carolyn L. Katzorke - State Bar No. 237989
Attorneys for Defendants LUCILLE SALTER PACKARD
CHILDREN'S HOSPITAL, *erroneously sued as LUCILLE PACKARD CHILDREN'S HOSPITAL,* and STANFORD HOSPITAL & CLINICS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART GONZALES, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>LUCILLE PACKARD CHILDREN'S HOSPITAL, et al.,<br><br>        Defendants. | Case No.  1:09-CV-01958-OWW-SMS<br><br>Judge:  Hon. Oliver W. Wanger<br>Courtroom:  #3 (7th Floor)<br><br>**ORDER ON JOINT STIPULATION RE TRANSFER OF VENUE TO NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1404(b)** |

///

///

///

///

///

///

///

///

///

///

(continuing)

Pursuant to 28 U.S.C. §1391, being that Defendants, LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL, *erroneously sued as* LUCILLE PACKARD CHILDREN'S HOSPITAL, and STANFORD HOSPITAL & CLINICS, are the only Defendants of this action that reside in the State of California, and as such reside in the County of Santa Clara; and further, that the alleged acts of negligence that caused injury to Plaintiffs arose in Santa Clara County, Plaintiffs and Defendants jointly agree to stipulate to transfer venue to the appropriate venue of the Northern District of California, San Jose Branch, pursuant to 28 U.S.C. §1404(b).

Dated:  November 18, 2009         DUMMITT, BUCHHOLZ & TRAPP

                                  By:  /s/ Carolyn Katzorke
                                       Carolyn Katzorke
                                       Attorneys for Defendants Lucille Packard
                                       Children's Hospital and Stanford Hospital & Clinics

Dated:  November 18, 2009         ROBINSON, CALCAGNIE & ROBINSON

                                  By:  /s/ Karren Schaeffer
                                       Karren Schaeffer
                                       Attorneys for Plaintiffs

Dated:  November 18, 2009         SHOOK, HARDY & BACON LLP

                                  By:  /s/ Scott LaSalle
                                       Scott LaSalle
                                       Attorneys for Defendants Tyco Healthcare Group
                                       LP n/k/a Covidien and Covidien, Inc

///

///

///

///

-2-
ORDER ON JOINT STIPULATION RE TRANSFER OF VENUE TO NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1404(b).

Dated: November 18, 2009          KIRKLAND & ELLIS, LLP

                                  By:   /s/ Tammy A. Tsoumas
                                        Tammy A. Tsoumas
                                        Attorneys for Defendants Baxter Healthcare
                                        Corporation, Baxter International Inc., Scientific
                                        Protein Laboratories LLC, Changzou SPL Co., Ltd.,
                                        and American Capital, Ltd.

Dated: November 18, 2009          PEEL, GARCIA & STAMPER, LLP

                                  By:   /s/ James W. Peel
                                        James W. Peel
                                        Attorneys for Defendants B. Braun Medical, Inc.

Dated: November 18, 2009          WALSWORTH FRANKLIN BEVINS & MCCALL LLP

                                  By:   /s/ Laurie Sherwood
                                        Laurie Sherwood
                                        Attorneys for Defendant Medefil, Inc.

## ORDER

Good cause appearing therefore, it is hereby ordered that this matter be transferred to the proper venue of the Northern District of California, San Jose Branch, pursuant to 28 U.S.C. §1404(b).

IT IS SO ORDERED.

**Dated:   November 18, 2009**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

-3-

ORDER ON JOINT STIPULATION RE TRANSFER OF VENUE TO NORTHERN DISTRICT OF
CALIFORNIA PURSUANT TO 28 U.S.C. §1404(b).